UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

Civil Case 15-10878
Hon: John Corbett O'Meara

v

NINE THOUSAND EIGHT HUNDRED
SEVENTY-TWO DOLLARS AND
FORTY-FOUR CENTS ($9,872.44) IN
U.S. CURRENCY FROM PNC BANK
ACCOUNT # 4249974239; NINETEEN THOUSAND
FIVE HUNDRED EIGHTY-NINE DOLLARS
AND NINETY-SIX CENTS ($19,589.96) IN
U.S. CURRENCY FROM PNC BANK ACCOUNT
#4252591423; ONE THOUSAND NINE
HUNDRED FIFTY-EIGHT DOLLARS AND
THIRTEEN CENTS ($1,958.13) IN U.S.
CURRENCY FROM PNC BANK ACCOUNT
#4256692571; TWO THOUSAND FOUR
HUNDRED TWENTY-FIVE DOLLARS
($2,425.00) IN U.S. CURRENCY FROM
PNC BANK ACCOUNT #4272820502; AND
THIRTY-SIX THOUSAND THREE
HUNDRED EIGHTEEN DOLLARS
AND TWENTY-FOUR CENTS
($36,318.24) IN U.S. CURRENCY FROM
PNC BANK ACCOUNT #4255376227,

       Defendants *in Rem*.
_____/

## ORDER STAYING CIVIL FORFEITURE PROCEEDING

This matter having come before the Court on the Government's Unopposed Motion for Entry of Order Staying Civil Forfeiture Proceeding, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that this case shall be stayed until August 27, 2015.

**IT IS FURTHER ORDERED** that after the stay is lifted, the parties shall have a reasonable time to conclude discovery and file dispositive motions prior to any pretrial or trial proceedings.

Date: May 28, 2015       s/John Corbett O'Meara
                United States District Judge